IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-                                                    08-CR-6019CJS

KEITH GORDON-SMITH,

              Defendant

## ORDER

Upon the motion of the United States of America, it is found that (a) that the "multiple victim" provisions of Title 18, United States Code, Section 3771(d)(2) apply to the above-captioned case; and (b) that it is impractical for the Government to identify all of the direct and proximate victims of the charged offenses on an individual basis at this time.

It is further found, pursuant to Title 18, United States Code, Section 3771(d)(2), that the procedures described below regarding victim notification and victims rights are reasonable and will give effect to Title 18, United States Code, Section 3771, without unduly complicating or prolonging the proceedings in this matter.

Accordingly, it is hereby ORDERED

That the following procedures are reasonable and give effect to the notification rights contained in Title 18, United States Code, Section 3771(a):

1. Publication for one day in the <u>Democrat and Chronicle</u> of the notice included in the United States' motion; and

2. Posting of any scheduled public proceedings on the United States Attorney's Office Internet website at http://www.usdoj.gov/usao/nyw on a separate Web page for this case.

DATED: Rochester, New York, June 18, 2009.

_____
HONORABLE CHARLES J. SIRAGUSA
United States District Judge